```
              FILED            RECEIVED
              ENTERED          SERVED ON
                       COUNSEL/PARTIES OF RECORD

                       JAN - 9 2009

                   CLERK US DISTRICT COURT
                     DISTRICT OF NEVADA
              BY:                          DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WENDY SOUCY, | 3:08-CV-0597-LRH (RAM) |
| Plaintiff, | **REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |
| vs. | |
| HAROLD HILDERBRAN and JUDY WILSON, | |
| Defendants. | |

This Report and Recommendation is made to the Honorable Larry R. Hicks, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 1-4.

On October 29, 2008, the court received Plaintiff's Complaint (Doc. #1) and Application to Proceed *In Forma Pauperis* (Doc. #2). On November 12, 2008, the court ordered Plaintiff to provide additional information concerning the Application to Proceed *In Forma Pauperis* (Doc. #2). On December 22, 2008, the court notified Plaintiff of her failure to comply with the court's prior order and gave her an additional fifteen (15) days to comply (Doc. #7). This order was returned with the notation on the envelope stating "Not at this address" (Doc. #8). To date, Plaintiff has failed to comply with the court's orders and file the requested Affidavit.

///
///
///
///
///

## RECOMMENDATION

**IT IS THEREFORE RECOMMENDED** that the District Judge enter an order dismissing this case without prejudice.

The parties should be aware of the following:

1. That they may file, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, specific written objections to this Report and Recommendation within ten (10) days of receipt. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1), Fed. R. Civ. P., should not be filed until entry of the District Court's judgment.

DATED: January 9, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

2