UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| WENDY SOUCY,<br><br>              Plaintiff,<br><br>vs.<br><br>HAROLD HILDERBRAN and JUDY WILSON,<br><br>              Defendants. | 3:08-cv-00597-LRH-RAM<br><br>ORDER |

     The court has considered the Report and Recommendation of U. S. Magistrate Judge Robert A. McQuaid, Jr. (#9[1]) entered on January 12, 2009, in which the Magistrate Judge recommends that the instant action be dismissed without prejudice for failure to comply with the court's orders (#2 and #7). The court has considered the pleadings and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

     ADOPTS AND ACCEPTS the recommendation of the U.S. Magistrate Judge (#9); therefore this action is dismissed without prejudice for failure to comply with court Orders (#2 and #7) and the Clerk of the Court shall enter judgment accordingly.

     DATED this 2nd day of February, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docket number.